**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| QUAD INT'L, INC. | ) |
| | ) |
| | ) Civil Action No.: 5-12-cv-00417-MTT |
| Plaintiff, | ) |
| v. | ) |
| | ) CORPORATE PARTY |
| JOHN DOE, | ) DISCLOSURE STATEMENT |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that Quad Int'l, Inc. does not have a parent corporation that owns 10% or more of its stock.

Respectfully Submitted,

Quad Int'l, Inc.

DATED: October 29, 2012

By:    /s/ Jacques Nazaire

Jacques Nazaire, Esq. (Bar No. 142388)
Of Counsel to Prenda Law Inc.
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (415) 325-5900
Facsimile:  (678) 559-0798
Email: nazaire.jacques@gmail.com

*Attorney for Plaintiff*

1