IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | ) |
| | ) |
| | ) Civil Action No.: 5-12-00429-MTT |
| Plaintiff, | ) |
| v. | ) |
| | ) CORPORATE PARTY |
| PERRY JACKSON, | ) DISCLOSURE STATEMENT |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that AF Holdings, LLC does not have a parent corporation or any publicly held corporation that owns 10% or more of its stock.

                Respectfully Submitted,

                AF Holdings, LLC

DATED: October 29, 2012

        By:    /s/ Jacques Nazaire

                Jacques Nazaire, Esq. (Bar No. 142388)
                Of Counsel to Prenda Law Inc.
                125 Town Park Drive, Suite 300
                Kennesaw, Georgia 30144
                Telephone: (415) 325-5900
                Facsimile:  (678) 559-0798
                Email: nazaire.jacques@gmail.com

                *Attorney for Plaintiff*

2